EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2005

at ___ o'clock and ___ min __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>RICHARD FIAPOTO,<br>  aka "Richie Rich,"<br><br>        Defendant. | CR. NO. CR05 00285 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. § 841] |

INDICTMENT

Count 1

The grand jury charges that:

On or about June 11, 2005, in the District of Hawaii,

the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did

knowingly and intentionally distribute approximately 100 tablets

of 3,4-methylenedioxymethamphetamine, also known as "MDMA," also

known as "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count 2

The grand jury further charges that:

On or about June 11, 2005, in the District of Hawaii, the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, approximately 54.8 grams (gross weight), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count 3

The grand jury further charges that:

On or about June 13, 2005, in the District of Hawaii, the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did knowingly and intentionally distribute approximately 3,000 tablets of 3,4-methylenedioxymethamphetamine, also known as "MDMA," also known as "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

//

//

Count 4

The grand jury further charges that:

On or about June 23, 2005, in the District of Hawaii, the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did knowingly and intentionally distribute, approximately 1500 tablets of 3,4-methylenedioxymethamphetamine, also known as "MDMA," also known as "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Count 5

The grand jury further charges that:

On or about June 23, 2005, in the District of Hawaii, the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did knowingly and intentionally possess with intent to distribute approximately 200 tablets of 3,4-methylenedioxymethamphetamine, also known as "MDMA," also known as "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Count 6

The grand jury further charges that:

On or about June 23, 2005, in the District of Hawaii, the Defendant, RICHARD FIAPOTO, also known as "Richie Rich," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, its

3

salts, optical and geometric isomers, and salts of isomers, to

wit, approximately 54.7 grams (gross weight), a Schedule II

controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).

DATED: _____JUL 0 7 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/ _____
   FOREPERSON GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug/Organized
   Crime Section

BEVERLY WEE SAMESHIMA
Assistant U.S. attorney

UNITED STATES V. RICHARD FIAPOTO
Cr. No. _____
"Indictment"

4