# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00285JMS

CASE NAME:       U.S.A. Vs. Richard Fiapoto

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     1/9/2006                     TIME:

COURT ACTION: EO: Stipulation to Continue Trial and Final PreTrial Conference will be submitted for Court's Signature.

Jury Selection/Jury Trial-1/24/2006 continued to 4/4/2006 @9:00 a.m. before Judge Seabright.

Final PreTrial Conference-1/9/2006 continued to 3/6/2006 @l0:00 a.m. before Judge Kurren.

Time excluded from 1/24/2006 through 4/4/2006.

Submitted by Leslie L. Sai, Courtroom Manager