EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD FIAPOTO,<br>aka "Richie Rich,"<br><br>Defendant. | CR. NO. 05-00285 JMS<br><br>STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Old Trial Date: 01/24/06<br>New Trial Date: 04/04/06 |

STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Plaintiff United States of America and Defendant Richard Fiapoto, also known as "Richie Rich," by and through their respective counsel, herein stipulate to continue the trial in this matter from January 24, 2006, to and including April 4, 2006. The reason for the continuance is to allow the defense

adequate time to prepare for trial given the discovery in this case and newly appointed retained counsel's presence in the case.

The continuance is granted to ensure the continuity of counsel and to allow Defendant and his counsel sufficient time to adequately prepare for trial, taking into account the exercise of due diligence.  The Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interests of the Defendant and the public in a speedy trial for the stated reasons.  The Court further finds that the first available date for counsel for the Defendant and the government for trial is April 4, 2006, to ensure continuity of counsel for all parties.

Accordingly, the Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interests of the Defendant and the public in a speedy trial given the discovery in this case.  It is hereby ordered that jury selection and trial for this matter be set for April 4, 2006, before the Honorable J. Michael Seabright and a Final Pretrial Conference shall be held before Magistrate Judge Barry M. Kurren on March 6, 2006 at 10:00 a.m.  The Court finds that the period of time from and including January 24, 2006, to and including April 4, 2006, constitutes a period of excludable delay pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

SO STIPULATED.

DATED: January ______, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Beverly Wee Sameshima
BEVERLY WEE SAMESHIMA
Attorney for Plaintiff

/s/ Michael Green
MICHAEL GREEN, ESQ.
Attorney for Defendant
RICHARD FIAPOTO

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 27, 2006.




J. Michael Seabright
United States District Judge

UNITED STATES V. RICHARD FIAPOTO
Cr. No. 05-00285 JMS
"Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"