ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

MICHAEL JAY GREEN   4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Facsimile :   (808) 566-0347

Attorney for Defendant
RICHARD FIAPOTO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 05-CR-00285-JMS-1 |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE TRIAL |
| RICHARD FIAPOTO ) | DATE PREVIOUSLY SET |
| Defendant. ) | TRIAL:     APRIL 4, 2006 |
| ) | TIME:      9:00 A.M. |
| ) | JUDGE:     THE HONORABLE |
| ) | MICHAEL J. SEABRIGHT |
| ) | |
| ) | NEW DATE |
| ) | TRIAL:     APRIL 11, 2006 |
| ) | TIME:      9:00 A.M. |
| ) | JUDGE:     THE HONORABLE |
| ) | MICHAEL J. SEABRIGHT |

**STIPULATION TO CONTINUE TRIAL**

It is hereby stipulated and agreed between the parties that the Trial which is currently set for April 4 , 2006, at 9:00 a.m. will be rescheduled to April 11, 2006 at 9:00 a.m. before

the Honorable Michael J. Seabright.

   Defendant agrees to waive his right to a speedy trial.

   DATED:  Honolulu, Hawaii, March 31, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
RICHARD FIAPOTO

_____
BEVERLY WEE SAMESHIMA
United States Attorney

_____
RICHARD FIAPOTO

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT

UNITED STATES OF AMERICA V. RICHARD FIAPOTO, 05-CR-00285-JMS-1 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII.  STIPULATION TO CONTINUE TRIAL.