# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/4/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00285JMS-01 |
| CASE NAME: | United States of America vs. Richard Fiapoto, aka "Richie Rich" |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Michael Jay Green |
| INTERPRETER: | |
| JUDGE: J. Michael Seabright | REPORTER: ESR (A.G.) |
| DATE: 4/4/2006 | TIME: 2:05 - 2:35 |

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Michael Green.

Defendant sworn.  Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read Count 3 of the Indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Ms. Sameshima recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Ms. Sameshima summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Count 3 of the Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Monday, July 31, 2006 at 1:30 p.m. before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.
Submitted by:  Dottie Miwa, Courtroom Manager