ORIGINAL

MICHAEL JAY GREEN, 4451
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336



Attorney for Defendant
RICHARD FIAPOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00285 JMS |
| | ) | |
| Plaintiff, | ) | DEFENDANT RICHARD |
| | ) | FIAPOTO'S OBJECTION TO THE |
| vs. | ) | PROPOSED PRESENTENCE |
| | ) | REPORT; CERTIFICATE OF |
| RICHARD FIAPOTO, | ) | SERVICE |
| aka "Richie Rich," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT RICHARD FIAPOTO'S OBJECTIONS TO THE PROPOSED
PRESENTENCE REPORT

The Defendant has the following objection or change to the Proposed Presentence Report in the above-captioned matter:

The Defendant has raised some concerns about the lab reports regarding the weight of the drugs recovered during various buys. The believed discrepancy in the taped undercover buys does not appear to comport with the weight of the drugs that was received and tested.

This discrepancy, if true, will not affect the mandatory minimum charged in the indictment except to note the correct weight. The Defendant, through his attorney, is still investigating the lab reports produced in discovery. This discrepancy has been discussed with the Assistant United States Attorney Beverly Wee Sameshima.

DATED: Honolulu, Hawaii, _____July 18_____, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
RICHARD FIAPOTO

UNITED STATES OF AMERICA v. RICHARD FIAPOTO  CR. No. 05-00285 JMS; Defendant Richard Fiapoto's Objection to the Proposed Presentence Report

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00285 JMS |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| RICHARD RIAPOTO, ) | |
| aka "Richie Rich," ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated.

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for the Plaintiff

MONA GODINET
U.S. Probation Officer
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _____July 18_____, 2006

_____
MICHAEL JAY GREEN
Attorney for Defendant
RICHARD FIAPOTO

UNITED STATES OF AMERICA v. RICHARD FIAPOTO CR. No. 05-00285 JMS; Defendant Richard Fiapoto's
Objection to the Proposed Presentence Report

4