DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400

PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

August 8, 2006

Beverly Sameshima,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

RE: State of Hawaii v. Richard Fiapoto, aka Junior Sake Fiapoto
Criminal Nos. 03-1-1773 and 05-1-0682

Dear Ms. Sameshima:

I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person commencing on August 28, 2006. The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to **June C. Koja**, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6569 or June C. Koja at **527-6448**.

Very truly yours,

Charlene K. Ikeda
Deputy Prosecuting Attorney

APPROVED:

Beverly Sameshima
Assistant United States Attorney

# EXHIBIT "A"