## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and
STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of RICHARD FIAPOTO, also known as Junior Sake Fiapoto,, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on August 28, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.   retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.   bring the said Defendant before the Honorable RICHARD W. POLLACK, Judge of the Circuit Court of the First Circuit, on August 28, 2006; 11:00 a.m.; and thereafter

3.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable RICHARD W. POLLACK, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this 15TH day of AUGUST 2006.

/s/ L. MINAGAWA   (SEAL)
Clerk, Circuit Court, First Circuit
State of Hawaii

RICHARD W. POLLACK
Judge of the Circuit Court
First Circuit, State of Hawaii