ORIGINAL

LODGED

PETER B. CARLISLE  2209
Prosecuting Attorney
AUG 1 5 2006
CHARLENE K. IKEDA  5210
Deputy Prosecuting Attorney
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6569
FAX:  527-6546
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00285-JMS |
| Plaintiff, | ) ) ) | ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE |
| v. | ) ) | STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD |
| RICHARD FIAPOTO, | ) ) | PROSEQUENDUM |
| Defendant. | ) ) ) ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant RICHARD FIAPOTO to State of Hawaii Officials, until the conclusion of State of Hawaii v. RICHARD

FIAPOTO, also known as Junior Sake Fiapoto, Criminal Nos. 03-1-1773 and 05-1-0682. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: _____AUG 17 2006_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Richard Fiapoto
Cr. No. 05-00285-JMS
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum

2